Albert A. ABRAM, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 33000.

Missouri Court of Appeals,
Western District.

Nov. 2, 1982.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Nov. 30, 1982.

Application to Transfer Denied
Jan. 17, 1983.

James W. Fletcher, Public Defender,
Gary L. Gardner, Asst. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Theodore A.
Bruce, Asst. Atty. Gen., Jefferson City, for
respondent.

Before NUGENT, P.J., and TURNAGE,
and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Rule 27.26 proceeding.

Judgment affirmed. Rule 84.16(b).